PER CURIAM.
Affirmed. See Amazon v. State, 487 So.2d 8 (Fla.1986); State v. Enmund, 476 So.2d 165 (Fla.1985); Wright v. State, 864 So.2d 1153 (Fla. 2d DCA 2003) (en banc); Cook v. State, 816 So.2d 773 (Fla. 2d DCA 2002); Mobley v. State, 590 So.2d 1022 (Fla. 2d DCA 1991). As this court did in Wright, we certify direct conflict with: Kirtsey v. State, 855 So.2d 177 (Fla. 1st DCA 2003); Hernandez v. State, 825 So.2d 513 (Fla. 4th DCA 2002); Bingham v. State, 813 So.2d 1021 (Fla. 1st DCA 2002); Thames v. State, 769 So.2d 448 (Fla. 1st DCA 2000); Hampton v. State, 764 So.2d 829 (Fla. 1st DCA 2000); and Macias v. State, 614 So.2d 1216 (Fla. 3d DCA 1993).
Affirmed; conflict certified.
NORTHCUTT, CASANUEVA, and SALCINES, JJ., Concur.